UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GATOR MITCHELL                                              CIVIL ACTION

VERSUS                                                          NO. 16-14432

LEON CANNIZZARO, JR.                                    SECTION "R" (4)


**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Mitchell's section 1983 claim against District Attorney Leon Cannizzaro, Jr. is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e, but WITHOUT PREJUDICE as to his right to assert state law claims in an appropriate state court forum.


New Orleans, Louisiana, this   17th   day of January, 2017.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 12.